United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-10964
Conference Calendar

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

JUAN ANTONIO MIJARES-ANDRADE,

                              Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:04-CR-11-ALL-C
---------------------

Before BARKSDALE, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Appealing the Judgment in a Criminal Case, Juan Antonio

Mijares-Andrade raises an admittedly foreclosed argument pursuant

to <u>Almendarez-Torres v. United States</u>, 523 U.S. 224, 235 (1998)

(holding that a prior conviction is a sentencing factor under

8 U.S.C. § 1326(b)(2) and not a separate criminal offense), as

well as an argument pursuant to <u>Blakely v. Washington</u>, 124 S. Ct.

2531 (2004).  In light of the Supreme Court's ruling in <u>United

States v. Booker</u>, 125 S. Ct. 738 (2005), Mijares-Andrade has

---

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

filed an unopposed motion to abandon his second point-of-error, which raised a <u>Blakely</u>/<u>Booker</u> error.  That motion is GRANTED.

Because the only remaining issue on appeal is foreclosed by <u>Almendarez-Torres</u>, as Mijares-Andrade concedes, the Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.